IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CV-00134-BO

| | | |
|---|---|---|
| THERESA KAY BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Plaintiff's appeal from the Commissioner's determination that she is not disabled. The Commissioner filed a Motion for Remand, requesting that this Court remand this case under sentence six of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). Accordingly, the Court hereby remands this case to the Commissioner under sentence six of 42 U.S.C. § 405(g) for further proceedings. Because this case is being remanded under sentence six of 42 U.S.C. § 405(g), this Court shall retain jurisdiction of this case while it is pending before the Commissioner. See Melkonyan v. Sullivan, 501 U.S. 89, 98 (1991).

SO ORDERED this 13 day of October, 2017.

JUDGE TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE